# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM READ, an individual, | |
| Plaintiff, | Case No. 2:07-cv-01506-JCM-GWF |
| vs. | **ORDER** |
| US AIRWAYS (previously AMERICA WEST AIRLINES), a foreign corporation; and DOUG (McLELLAN) JOHN DOE 1, an individual, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Interest & Fees (#70), filed June 24, 2010, and Defendant US Airways' Opposition to Motion for Interest and Attorney's Fees (#71), filed July 1, 2010. The Court, having reviewed the present motion and opposition, finds that there are insufficient grounds for an award of sanctions, interest or fees. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Interest & Fees (#70) is **denied**.

DATED this 14th day of July, 2010.

_George Foley Jr._
_____
GEORGE FOLEY, JR.
United States Magistrate Judge